**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:  In the Estate of J. Richard Harrell, Deceased

Appellate case number:  01-17-00803-CV

Trial court case number:  33726

Trial court:  12th District Court of Grimes County

The opinion in this case issued on July 3, 2018. On August 17, 2018, Sherry Grumbles filed a motion for rehearing, a motion for en banc reconsideration, and a motion for extension of time to file the other two motions. All three motions are DENIED as untimely. *See* TEX. R. APP. P. 49.1–.2, .8.

It is so ORDERED.

Judge's signature: /s/ Laura C. Higley
                                   Acting for the Panel

Panel consists of Justices Higley, Brown, and Caughey.

Date: September 18, 2018